

December 5, 2024

**<u>Via E-Service</u>**
U.S. Magistrate Judge Andrew M. Edison
United States Courthouse
601 Rosenberg, Seventh Floor
Galveston, Texas
Tel: (409) 766-3729
Fax: (409) 766-3738

   Re: *In re: M/V AET Excellence and M/V AET Innovator,* No. 3:23-cv-00167, and all related cases.

Dear Judge Edison:

  Plaintiffs hereby respond to the Court's request for response to the letter filed by Limitation Plaintiffs/Defendants AET Lightering Services, LLC, AET Offshore Services, Inc., T&T Offshore, Inc. and Harbor Offshore Marine, Inc (hereafter "Defendants").

  Plaintiffs generally do not oppose the modification of the case scheduling order proposed by Defendants. However, in their letter Defendants request is largely predicated on the need for discovery—which Plaintiff also require—and additional time to designate experts. Plaintiffs previously designated experts on November 15, 2024, in line with the Courts standing scheduling order. Therefore, Plaintiff would request that any modified scheduling order include a new date for Plaintiff to designate experts in the event, through discovery, Plaintiff determines the need for additional experts.

  If you have any questions, do not hesitate to contact our office.

                  Sincerely,

                  Adam Lewis

t  866.222.2606
f  713.222.3850

6009 Memorial Drive
Houston, TX 77007

info@arnolditkin.com
**arnolditkin.com**