

December 6, 2024

***Via E-Service***
U.S. Magistrate Judge Andrew M. Edison
United States Courthouse
601 Rosenberg, Seventh Floor
Galveston, Texas
Tel: (409) 766-3729
Fax: (409) 766-3738

Re:   *In re: M/V AET Excellence and M/V AET Innovator,* No. 3:23-cv-00167, and all related cases.

Dear Judge Edison:

Due to an inadvertent calendaring error, Plaintiffs missed two of Court's Ordered deadlines in its minute entries. Plaintiffs hereby file a letter with the Court explaining why both were missed as requested by the Court in Doc. 58.

First, the Court ordered, on December 4, 2024, Plaintiffs to respond to Limitation Plaintiffs/Defendants AET Lightering Services, LLC, AET Offshore Services, Inc., T&T Offshore, Inc. and Harbor Offshore Marine, Inc (hereafter "Defendants") letter to the Court requesting modification of the existing scheduling order by 5p.m. the same day. Plaintiffs inadvertently scheduled an internal deadline to file said letter for December 5, 2024, by 5 p.m. not December 4, 2024. Subsequently Plaintiffs filed, on December 5, 2024, at 4:36 p.m. a letter (Doc. 59) with the Court explaining they do not generally oppose a modified scheduling order, attached hereto as Exhibit A.

Second, on December 5, 2024, the Court issued an Order (Doc. 58) ordering Plaintiffs to file a letter with the Court by 7 p.m. the same day. Plaintiffs received the notice of filing of electronic filing at 11:26 a.m. on the same day. Plaintiffs' counsel unfortunately missed the email and wasn't made aware of it until this morning. However, upon becoming aware of the Order, Plaintiffs' Counsel immediately drafted this letter for filing explaining the errors.

Plaintiffs' Counsel apologizes for the error and will ensure that all deadlines delineated in the Court's recent Order (Doc. 58) are correctly calendared and not missed. If you have any questions, do not hesitate to contact our office.



Sincerely,

Adam Lewis

t  866.222.2606
f  713.222.3850

6009 Memorial Drive
Houston, TX 77007

info@arnolditkin.com
**arnolditkin.com**