# Arnold & Porter

Jonathan W. Hughes
+1 415.471.3156 Direct
Jonathan.Hughes@arnoldporter.com

December 20, 2024

**VIA ECF**

U.S. Magistrate Judge Andrew M. Edison
United States Courthouse
601 Rosenberg, Seventh Floor
Galveston, TX 77550
Telephone: (409) 766-3729
Fax: (409) 766-3738

Re: *In re: M/V AET EXCELLENCE and M/V AET INNOVATOR*, Case No. 3:23-cv-00167, and all related actions

Dear Judge Edison:

We write on behalf of all parties in response to the Court's December 5, 2024 Order (ECF No. 58), which directed the parties to (1) "exchange a list of depositions each side believes it needs by Tuesday, December 10;" (2) "work cooperatively towards scheduling those depositions;" and (3) "file a joint letter with the court by Friday, December 20 identifying each deposition that must be taken and the date agreed to by the parties for the deposition." The parties have identified the below listed depositions that must be taken. The parties held a conference on December 17, 2024, and agreed to set aside 19 days in January, February, and March of 2025 to complete depositions of the Plaintiffs and key fact witnesses. The parties also agreed to schedule corporate representative depositions and depositions of Plaintiffs' retained and non-retained experts between March 18, 2025 and May 21, 2025, and intend to confer again in early March 2025 to set dates for those depositions.

During the December 17 conference, discussions surrounding damages depositions arose. Plaintiffs' position is that damages-related discovery should not go forward at this juncture, due to their forthcoming Motion to Bifurcate. Defendants respectfully disagree with Plaintiffs' position, and reserve all rights to oppose the Motion to Bifurcate. The parties did include names of damages-related witnesses in the lists below, but Plaintiffs do not want this inclusion to be considered a waiver on their behalf.

**Plaintiff Depositions:**
- Gerald Arukwe: noticed for January 29, 2025
- Jose Uresti: Plaintiffs proposed Feb. 25, 2025; Defendants requested earlier date; Plaintiffs attempting to reschedule

Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center, 10th Floor | San Francisco, CA 94111-4024 | www.arnoldporter.com

**Arnold & Porter**

December 20, 2024
Page 2

**Depositions to be set January 14-16 and week of February 10, 2025:**
- Kyaw Han
- Leighann Ferrari
- Logan Garrison
- Steve Callahan
- David Williams
- Terry Hallcom
- Jesse Spells
- John Richardson
- Frank Kubin
- Coby Hughes
- Zachary Caminade
- Keith Chavers
- Alvin Gattshall
- Tim Alstott
- Relevant crew members employed by Beteiligungs-Kommanditgesellschaft MS and V.Ships (Hamburg) GmbH & Co. KG ("BK & V.Ships") (TBD)

**Depositions to be set weeks of March 3 and March 10, 2025:**
- Allison Boiteaux
- Joe Couillard
- Ben Cobb
- Ryan Brown
- James Elliott
- Brian Pederson
- M.P. Singh
- Derek Cantu
- Gerald McCoy
- Earl Galloway
- Victoria Do
- Rubin Bashir
- Representative of Elite Medical Wellness

**Depositions to be set between March 18 and May 21, 2025:**
- Corporate representative for AET Offshore Services, Inc. and AET Lightering Services LLC ("AET")
- Corporate representative for T&T Offshore, Inc. ("T&T")
- Corporate representative for Harbor Offshore Marine, Inc. ("HOM")

**Arnold & Porter**

December 20, 2024
Page 3

- Corporate representative for BK & V.Ships
- AET testifying / rebuttal experts
- T&T testifying / rebuttal experts
- HOM testifying / rebuttal experts
- BK & V.Ships testifying / rebuttal experts
- Chistopher Sellars
- Capt. Carlos Ramos
- Harold Asher
- Jeffrey Meyers

Respectfully Submitted,

*/s/ Jonathan W. Hughes*
Jonathan W. Hughes (*pro hac vice*)
Jee Heun (Jeenie) Kahng (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Ctr. 10th Fl.
San Francisco, CA 94111-4024
Telephone: (415) 471-3156
Telephone: (415) 471-3123
Email: Jonathan.Hughes@arnoldporter.com
Email: Jeenie.Kahng@arnoldporter.com

Christopher M. Odell (State Bar #24037205)
ARNOLD & PORTER KAYE SCHOLER LLP
700 Louisiana St. Suite 4000
Houston, Texas 77002-2755
Telephone: (713) 576-2401
Email: Christopher.Odell@arnoldporter.com

*Attorneys for AET Offshore Services, Inc and AET Lightering Services LLC*

*/s/ Thomas R. Nork*
Thomas R. Nork (State Bar #15078500)
Alejandro Mendez-Roman (State Bar # 24102778)
NORK MENDEZ PLLC

**Arnold & Porter**

December 20, 2024
Page 4

    2002 Timberloch Place, Suite 200
    The Woodlands, TX 77380
    Telephone: (281) 210-1336
    Email: tnork@norkmendez.com
    Email: amendez@norkmendez.com

    *Attorneys for T&T Offshore, Inc.*


    */s/ Marc G. Matthews*
    Marc G. Matthews (State Bar # 24055921)
    Ivan M. Rodriguez (State Bar # 24058977)
    Brandon O'Quinn (State Bar # 24092914)
    PHELPS DUNBAR LLP
    910 Louisiana, Suite 4300
    Houston, Texas 77002
    Telephone: 713-626-1386
    Facsimile: 713-626-1388
    Email: marc.matthews@phelps.com
    Email: ivan.rodriguez@phelps.com
    Email: brandon.o'quinn@phelps.com

    *Attorneys for Harbor Offshore Marine, Inc.*


    Kevin Patrick Walters
    ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP
    1415 Louisiana Street, Suite 4200
    Houston, TX 77002
    Telephone: 713-224-8380
    Email: Kevin.Walters@roystonlaw.com

    *Attorney for Beteiligungs-Kommanditgesellschaft MS and V.Ships (Hamburg) GmbH & Co. KG*


    */s/ Adam D. Lewis*
    Adam D. Lewis
    Andrew A. Bowman, Jr.

# Arnold & Porter

December 20, 2024
Page 5

                              ARNOLD ITKIN, LLP
                              6009 Memorial Drive
                              Houston, TX 77007
                              713-222-3800
                              Email: alewis@arnolditkin.com
                              Email: abowman@arnolditkin.com

                              *Attorneys for Gerald Arukwe & Jose Uresti*