United States District Court
Southern District of Texas
**ENTERED**
May 05, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE M/V AET EXCELLENCE AND M/V AET INNOVATOR | § § § § § § | 3:23-cv-167 |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On February 28, 2024, the court referred all pretrial matters in this case to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 37. Judge Edison filed a memorandum and recommendation on April 18, 2025, recommending the court grant the motion for judgment on the pleadings filed by the claimants and third-party defendants, Beteiligungs-Kommanditgesellschaft MS and V.Ships (Hamburg) GMBH & Co. KG., Dkt. 64, as to T&T Offshore Services, Inc.'s Rule 14(c) tender. Dkt. 65.

Neither party has filed objections to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation, Dkt. 65, is approved and adopted in its entirety as the holding of the court; and

(2) The motion for judgment on the pleadings, Dkt. 64, is granted; and

(3) T&T's third-party complaint and Rule 14(c) tender, Dkt. 24, is dismissed, but only to the extent that T&T seeks to avail itself of Rule 14(c).

Signed on Galveston Island this 5th day of May, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE